FILED
2008 AUG 13 PM 2: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE AMADOR MANZO-GOVEA,<br>MIGUEL ANGEL RIVERA, and<br>JUAN REYES<br><br>Defendants. | Case No. 08 MJ 2511<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 3144<br>(Material Witnesses) |

The undersigned complainant being duly sworn states:

On or about July 18, 2008, at approximately 10:50 p.m., near Westmorland, California, which is within the Southern District of California, a Westmorland police officer attempted a vehicle stop on a 1997 GMC Suburban, bearing California license plate number 6DWB150. The vehicle failed to yield and instead accelerated away from the officer. The police officer terminated pursuit. At approximately 11:05 p.m., the Westmorland police department was notified by a concerned citizen that a vehicle had overturned into a canal west of Westmorland. Westmorland police responded and requested the help of California Highway Patrol.

After arriving on scene, California Highway Patrol initially determined four people had died at the scene. Officers later discovered two additional bodies in the canal. Of the five bodies identified, the names of the deceased are: Angelica Reyes-Contreras, Andres Abalino CID-Velasco, Juan Manuel CID-Contreras, Ofelia Solares-Govea, and Milagros Guadalupe Reyes-Plasa. Four other individuals were found injured on scene and transported to local hospitals. Additionally, there were numerous footprints leading away from the accident scene.

On July 19, 2008, Border Patrol Agents encountered **Juan Reyes** and **Miguel Angel Rivera** in a vehicle near the Highway 111 checkpoint. Reyes and Rivera admitted to being Mexican citizens without documents allowing them to be in the United States legally. They further admitted to having been passengers in the Suburban involved in the accident near Westmorland, CA. They stated that once police officers

had turned on their lights and sirens, the driver of the vehicle accelerated away. They stated that the passengers of the vehicle yelled for the driver to stop the vehicle. The driver ignored the pleas and ultimately lost control of the vehicle, which rolled into a canal.

On July 20, 2008 Border Patrol agents spoke to **Jorge Amador Manzo-Govea** at Townhouse Inn & Suites in Brawley, CA. Manzo admitted to agents that he was a Mexican citizen without documents to be in the United States legally. He also admitted that he had been a passenger in the Suburban involved in the roll-over accident on July 18, 2008. Manzo stated there were approximately 19 people in the vehicle at the time of the accident. He stated that when police officers tried to stop the vehicle, the driver accelerated. As they traveled on unpaved road, the passengers in the vehicle pleaded with the driver to stop. The driver refused to stop and then lost control of the vehicle. After the accident, Manzo stated that he tried to help other people out of the vehicle who were trapped inside. He stated his aunt, Ofelia Solares-Govea, was one of the people who died in the accident. He ultimately fled the scene and later encountered **Juvenile Male**. Manzo was presented with a six-pack photo lineup and identified **Juvenile Male** as the person who claimed to be the driver of the vehicle. Manzo further stated that **Juvenile Male** had discussed with an unknown person how he had injured his foot on the gas or break pedal during the accident. Manzo stated that **Juvenile Male** claimed to be a trafficker of illegal aliens and that he could ensure Manzo's transportation to Los Angeles, California.

All of the above is evidence that **Juvenile Male** committed murder, that is, the unlawful killing of human beings with malice aforethought; in violation of California Penal Code, Section 187.

The above named witnesses are citizen of Mexico with no legal right to enter or to remain in the United States, and have no apparent means, with no legal right to enter or to remain in the United States. Affiant further alleges that their presence is required as material witnesses in order to prosecute the case against **Juvenile Male**, Case No. JJL24170, in the Superior Court of the State of California, County of Imperial.

//
//
//
//
//
//
//

And the complainant further states that he believes **Juan Reyes**, **Miguel Angel Rivera**, and **Jorge Amador Manzo-Govea**, are citizens of a country other than the United States, that said aliens are deportable; that their testimony is material to a complaint now pending in the Superior Court of California, County of Imperial, that it is impracticable to secure their attendance at the trial by subpoena, and therefore, in accordance with Title 18, United States Code, Section 3144, should be held or admitted to bail.

And complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
Luis Saenz
Special Agent, Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence August 13, 2008.

_____
THE HONORABLE LOUISA S. PORTER
United States Magistrate Judge