# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v.   )<br>Juan REYES   ) | Case No:  08MJ2511 |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

        ( ) Ad Prosequendum         ( **X** ) Ad Testificandum.

Name of Detainee:    Juan REYES

Detained at (custodian):    Los Angeles Sheriff's Office, 441 Bauchet Street, Los Angeles, CA  90012

        Detainee is:   a.)    ( ) charged in this district by:
        ( ) Indictment         ( ) Information         ( ) Complaint
        Charging Detainee With: _____

or    b.)    ( **X** ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)    ( **X** )    return to the custody of detaining facility upon termination of proceedings
or    b.)    ( )    be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on September 11, 2008 at 1:30 p.m. in the courtroom of the Honorable Peter C. Lewis, United States District Courthouse, 2003 West Adams Avenue, Suite 220, El Centro, CA  92243

I hereby attest and certify on 8-28-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By: S. Flores

_____
John F. Weis (760) 370-0893, Ext. 13
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

        ( ) Ad Prosequendum         ( **X** ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

        Date Aug 28 2008 _____
                United States Magistrate Judge Peter C. Lewis

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | Male **X** | Female ☐ |
| Booking or Fed. Reg. #: | 1559720 | DOB: | 07/22/87 |
| Facility Address: | 441 Bauchet Street, Los Angeles, CA  90012 | Race: | |
| | Attn: Warrants Detainer | FBI #: | |
| Facility Phone: | (213) 893-6951; Fax: (213) 217-4973 | | |
| Currently Incarcerated For: | Warrant - LA Sheriff's Office - 11350 H&S | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                (Signature)

# Memorandum



| Subject | Date |
|---|---|
| AUSA Request/Writ of Habeas Corpus | August 27, 2008 |

To
Steven C. Stafford
United States Marshal
United States Marshals Service

From   *a* AUSA
John F. Weis
Assistant United States Attorney

The following information is submitted in order to expedite the execution of the attached AUSA request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of the transporting deputies.

NAME: __Juan REYES__

AKA: __None__

DOB or AGE: __07/27/87__   RACE: _____   SEX: __MALE__

BOOKING NO.: __1559720__   BOP No.: __None__

FBI NO.: _____

STATE CHARGES: __Currently incarcerated for a Warrant (LA Sheriff's Office) - 11350 H&S__

CASE NO.: __L A C B A  3 2 9 1 2 9 0 1__

INSTITUTE'S PHONE NO.: COMMERCIAL: __(213) 893-6951__   FAX: __(213) 217-4973__

OTHER INFORMATION AS TO HANDLING OF SUBJECT, ETC.:

**If you have any questions please contact AUSA John F. Weis, (760) 370-0893 Ext. 13 or (619) 726-5170.**

It is understood that fifteen (15) working days are needed to process AUSA requests/writs of habeas corpus, except for those directed to San Diego County Jail, and then three (3) days are needed.

**(THIS MEMO IS TO REMAIN ATTACHED TO THE AUSA REQUEST/WRIT)**